UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 528 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ZACHARY PRICE, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Zachary Price, which was referred to the Magistrate Judge with the consent of the parties.

On September 15, 2022 the government filed a 3 count Indictment, charging Defendant Zachary Price with, Bank Robbery and Escape from Custody, respectively, in violation of Titles 18 U.S.C. § 2113(a) and (f), and 18 § 751(a). On October 7, 2022, Magistrate Judge Knapp held an arraignment, during which Mr. Price entered a plea of not guilty to the charges. On July 12, 2023 Magistrate Judge Knapp received Defendant's plea of guilty to counts 1, 2 and 3 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Price is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Zachary Price is adjudged guilty to counts 1, 2 and 3 of the Indictment, in violation of Titles 18 U.S.C. § 2113(a) and (f), and 18 § 751(a). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on October 31, 2023 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 27, 2023